(DocuIN IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT MARTINSBURG

**DENNIS H. HARLOW,**

    **Plaintiff,**

**v.**                                **CIVIL ACTION NO. 3:05CV133**
                                               **(BROADWATER)**

**JO ANNE B. BARNHART,**
**Commissioner, Social Security**
**Administration,**

    **Defendant.**

### ORDER ADOPTING REPORT AND RECOMMENDATION

On this day the above styled case came before the Court for consideration of the Report and Recommendation of Magistrate Judge James E. Seibert, dated February 15, 2006. Neither party filed objections to the Report. The Court, after reviewing the above, is of the opinion that the Magistrate Judge's Report and Recommendation **(Document No. 4)** should be and is hereby **ORDERED** adopted.

The Court, therefore, **ORDERS** that the Claimant's application to proceed in forma pauperis **(Document No. 3)** is **DENIED**.

It is so **ORDERED**.

The Clerk is directed to transmit true copies of this Order to the petitioner and all counsel of record herein.

**DATED** this 29th day of March 2006.

*/s/ W. Craig Broadwater*
W. CRAIG BROADWATER
UNITED STATES DISTRICT JUDGE